**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com
**Counsel for Trans Union LLC**

**\*\*Designated Attorney for Personal Service\*\***
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TYREESHIA D. HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BUSINESS FACTORS, INC. OF NEVADA, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:21-cv-01136-RFB-EJY<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Tyreeshia D. Henderson ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

1. On June 16, 2021, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is August 16, 2021.

2. On August 9, 2021, counsel for Trans Union communicated with Plaintiff's counsel regarding an extension within which to file a response to the Complaint, and Plaintiff's counsel agreed to the extension.

3.  The parties will actively discuss a potential early resolution of this case, and the parties believe an extension of this nature may save waste of the parties' time and expense. The additional time will allow Plaintiff and Trans Union time to fully explore such early settlement discussions. Moreover, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

4.  Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including September 13, 2021. This is the first motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 11th day of August 2021.

**Quilling, Selander, Lownds,
Winslett & Moser, P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
jbergh@qslwm.com
**Counsel for Trans Union LLC**

**Law Office of Kevin L. Hernandez**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez
kevin@kevinhernandezlaw.com
8872 S. Eastern Ave., Suite 270
Las Vegas, NV 89123
(702) 563-4450
(702) 552-0408 Fax
**Counsel for Plaintiff**

2

4884193.1

**ORDER**

The Joint Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff's Complaint is so ORDERED AND ADJUDGED.

Dated this 11th day of August, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**

3

4884193.1