Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TYREESHIA D. HENDERSON, an individual;<br><br>Plaintiff;<br><br>v.<br><br>NATIONAL BUSINESS FACTORS, INC. OF NEVADA, a domestic corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:21-cv-01136-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

Plaintiff, Tyreeshia D. Henderson ("Plaintiff"), and Defendant, Experian Information Solutions, Inc. ("Experian") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

1  under FRCP 41(a) as to Experian, with Plaintiff and Experian bearing their own attorneys' fees

2  and costs incurred in this action.

3  Respectfully Submitted.

Dated: September 9, 2021

**LAW OFFICE OF**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: September 9, 2021

**CLARK HILL PLLC**

*/s/ Jeremy J. Thompson*
Jeremy J. Thompson, Esq.
3800 Howard Hughes Pkwy.,
Suite 500
Las Vegas, NV 89169
jthompson@clarkhill.com
*Attorney for Defendant*
*Equifax Information*
*Services, LLC*

Dated: September 9, 2021

**QUILLING   SELANDER**
**LOWNDS   WINSLETT   &**
**MOSER, P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh, Esq.
6900 N. Dallas Parkway,
Suite 800
Plano, Texas 75024
jbergh@qslwm.com
etijerina@qslwm.com
*Attorney for Defendant Trans*
*Union LLC*

Dated: September 9, 2021

**NAYLOR & BRASTER**

*/s/ Benjamin B. Gordon*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Benjamin B. Gordon, Esq.
Nevada Bar No. 15552
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com
bgordon@nblawnv.com

Katherine A. Neben, Esq.
Nevada Bar No. 14590
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
kneben@jonesday.com
*Attorneys for Defendant Experian*
*Information Solutions, Inc.*

**IT IS SO ORDERED:**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 13th day of September, 2021.