Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TYREESHIA D. HENDERSON, an individual;<br><br>                     Plaintiff;<br><br>v.<br><br>NATIONAL BUSINESS FACTORS, INC. OF NEVADA, a domestic corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>                     Defendants. | Case No.: 2:21-cv-01136-RFB-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE** |

Plaintiff, Tyreeshia D. Henderson ("Plaintiff"), and Defendant, Trans Union LLC. ("Trans Union") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

1  under FRCP 41(a) as to Trans Union, with Plaintiff and Trans Union bearing their own attorneys'

2  fees and costs incurred in this action.

3  Respectfully Submitted.

Dated: November 18, 2021

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: November 18, 2021

**CLARK HILL PLLC**

*/s/ Jeremy J. Thompson*
Jeremy J. Thompson, Esq.
3800 Howard Hughes Pkwy., Suite 500
Las Vegas, NV 89169
jthompson@clarkhill.com
***Attorney for Defendant Equifax
Information Services, LLC***

Dated: November 18, 2021

**QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh, Esq.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
jbergh@qslwm.com
etijerina@qslwm.com
***Attorney for Defendant Trans Union LLC***

**IT IS SO ORDERED:**

_____
RICHARD E. BOULWARE, II
United States District Court

DATD this 22nd day of November, 2021.